UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

RICARDO ROGELIO GUTIERREZ
RUVALCABA,

Petitioner,

v.

BRIAN ENGLISH,

Respondent.

CAUSE NO. 3:26-CV-223-CCB-SJF

## **ORDER**

The petition for a writ of habeas corpus under 28 U.S.C. § 2241 was granted to the extent that respondent was ordered to release Ricardo Rogelio Gutierrez Ruvalcaba from custody on appropriate conditions of supervised release. ECF 17. Respondent reports that the petitioner has since been released. ECF 20.

The court, therefore, **DIRECTS** the clerk to enter judgment and to close this case.

SO ORDERED on June 25, 2026.

/s/ *Cristal C. Brisco*
CRISTAL C. BRISCO, JUDGE
UNITED STATES DISTRICT COURT